AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

**FILED**
JUN 19 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

BEVERLY VAUGHAN, JIMMY GRAY,
RICHARD L. GRAY, JR., AND
VICKI G. BROCKETTE,
PLAINTIFFS

v.

R DEEP TRANSPORTATION, INC.,
JULIUS CLARK, AND GILL
ROADWAYS, INC,
DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    DR-16-CV-36-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court therefore ORDERS that all of the claims in this lawsuit be DISMISSED WITH PREJUDICE. The Court further ORDERS that a clerk's judgment shall immediately issue in this case, terminating the present cause of action.

June 19, 2017
Date

Jeannette J. Clack
Clerk

/s/ Alma McCrary
(By) Deputy Clerk